UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
BALLER ALERT, INC., :
:
                Plaintiff, :    No. 19-CV-2798 (PAE)
:
       -against- :    **ORDER**
:
UNDER ARMOUR, INC., :
:
                Defendant. :
:
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendant's request to adjourn the January 21, 2020 settlement conference due to the parties' disagreement concerning a protective order. (ECF 39). That request is hereby GRANTED in part. The January 21, 2020 settlement conference shall be converted to an in-person status conference, starting at 10:00 a.m. in Courtroom 20D. Only counsel are required to attend. The Clerk is directed to close ECF 39.

**SO ORDERED.**

Dated: January 10, 2020
       New York, New York

                                                      *s/ Ona T. Wang*
                                                        **Ona T. Wang**
                                                 United States Magistrate Judge