# James E. McMillan, P.C.

**ATTORNEYS AT LAW**
**1 Little West 12th Street**
**New York, NY 10014**
**TEL (212) 986-6262**

**James E. McMillan**
**Douglas K. Doneson**

May 27, 2020

***Via ECF***

Honorable District Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Baller Alert, Inc. v. Under Armour, Inc.,/ 1:19-cv-02798 (PAE)(OTW)/Letter Motion**

Dear Your Honor:

We represent Plaintiff Baller Alert, Inc. (hereafter "Baller Alert") in the above referenced matter and we write pursuant to Rule 4(B)(2) of Your Honor's Individual Practices in Civil Cases and the Stipulated Protective Order, dated January 21, 2020. (E.C.F. Doc. 44). Baller Alert seeks to file a Status Letter with the Court including information that Defendant Under Armour, Inc. (hereafter, "Defendant UA") has designated as confidential. Enclosed herewith, please find a copy of the proposed redacted document for this Court's approval.

\* \* \* \* \* \*

Respectfully Submitted,

*/s/* Douglas Doneson
Douglas Doneson, Esq.
James E. McMillan, P.C.
1 Little West 12th Street
New York, New York 10014
(212)986-6262

> The motion for leave to file a redacted letter on the docket is granted. Plaintiff is directed to file the redacted letter as a new Letter Motion, which the Court will then resolve on the merits. SO ORDERED.

_____
PAUL A. ENGELMAYER    5/27/2020
United States District Judge

cc.: All Counsel of Record
Via: ECF

1