UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BALLER ALERT, LLC,

                Plaintiff,

-against-

UNDER ARMOUR, INC.,

                Defendants.

Case Number: 19 Civ. 2798 (PAE)

**ORDER FOR WITHDRAWAL OF COUNSEL**

TO: THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD

      PLEASE TAKE NOTICE that pursuant to Local Rule 1.4 and subject to the approval of the court, Defendant UNDER ARMOUR, INC., "Defendant" hereby withdraws the appearance of George Moustakas and Jessica Sarah Sachs as counsel for UNDER ARMOUR, INC. Olshan Frome Wolosky LLP will continue to represent Defendant as counsel of record in this action. Thus George Moustakas and Jessica Sarah Sachs withdrawal will have no material effect on this matter, and it will not cause prejudice to any party. In light of the foregoing, Defendant respectfully requests that the court remove George Moustakas and Jessica Sarah Sachs as counsel for Defendant.

5343624-4

Dated: New York, New York
June 26, 2020

OLSHAN FROME WOLOSKY LLP

By: /s/ Brian A. Katz
Brian A. Katz
*Attorney for defendant*
UNDER ARMOUR, INC.,
901 New York Avenue
Washington, DC 20001
(t) (212) 431-4100

Granted. The Clerk of Court is directed to terminate George Moustakas and Jessica Sarah Sachs as counsel for defendant. All existing deadlines remain in place.  SO ORDERED.

_____
PAUL A. ENGELMAYER    6/29/2020
United States District Judge

2

5343624-4